UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Tiffany Hondras
                        Plaintiff,

v.                                                     Case No.: 1:13–cv–01846
                                                             Honorable John J. Tharp Jr.

Carol Mcghee, et al.
                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, September 30, 2015:

      MINUTE entry before the Honorable John J. Tharp, Jr: Plaintiff reports that the parties have reached a settlement. Trial date of 10/5/15 and pretrial conference set for 10/2/15 are stricken. A status hearing is set for 10/6/15 at 9:00 a.m. Mailed notice(air, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.